No. 829.  WILSON *v.* MILES ET AL.  Court of Appeals of New York.  Certiorari denied.  *Sydney Snitow* and *Melvel W. Snitow* for petitioner.  *Solomon Z. Ferziger* and *Herbert H. Pensig* for respondents.

No. 832.  DUBILIER *v.* UNITED STATES.  Court of Claims.  Certiorari denied.  *Samuel Ostrolenk* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *Bernard Cedarbaum* for the United States.

No. 837.  RUTHERFORD *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Murray M. Chotiner* and *Russell E. Parsons* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 843.  BIDART BROS. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *W. E. James* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Doub, A. F. Prescott* and *Louise Foster* for the United States.

No. 634.  SHEPTUR *v.* PROCTER & GAMBLE DISTRIBUTING CO.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. 709, Misc.  RILEY *v.* RANDOLPH, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 737, Misc.  WILSON *v.* BANMILLER, WARDEN.  C. A. 3d Cir.  Certiorari denied.